UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DEAN BROWN,

        Plaintiff,                      Case No. 1:25-CV-12575

v                                          Honorable Thomas L. Ludington

CENTRAL MICHIGAN UNIVERSITY, et al.,

        Defendants.

_____/

**ORDER TO SUBMIT MATERIAL FOR CASE MANAGEMENT ORDER**

**YOU ARE NOTIFIED TO SUBMIT BY: September 29, 2025,** and serve on opposing counsel and the Judge's chambers, a short statement (DOUBLE SPACED) *which shall be submitted through CM/ECF, Utilities, Proposed Orders,* and include:

- A summary of the background of the action and the principal factual and legal issues;
- An outline of the proposed discovery;
- A description of any outstanding or anticipated discovery disputes, and the basis you have for any objection;
- Disclosures of insurance available to satisfy part or all of a judgment, including indemnification agreements; and
- A proposal of an appropriate management plan, including a schedule of setting discovery cut-off and trial dates.

A Case Management and Scheduling Order will be issued in response to your short statements by the Court without an initial scheduling conference unless counsel requests same by motion because of unique circumstances of their case.

If counsel have met pursuant to Fed. R. Civ. P. 26(f), your proposed discovery plan may be filed in lieu of these statements, supplemented as necessary to provide the above information.

- 2 -

The parties are directed to include the following information:

    A. The issues and narrowing the issues;
    B. Subject matter jurisdiction;
    C. Relationship to other cases;
    D. Necessity of amendments to pleadings, additional parties, third-party complaints, etc.;
    E. Settlement, including alternative dispute resolution;
    F. Progress of discovery;
    G. Issues which may appropriately be resolved by motion; and
    H. Estimated trial length.

**Counsel are directed to discuss with their clients facilitative mediation and case evaluation (formerly "mediation") and the prospect of obtaining authority to stipulate to be bound by the provisions of Mich. Ct. R. 2.403, including the section dealing with sanctions.**

                                        s/Thomas L. Ludington
                                        THOMAS L. LUDINGTON
                                        United States District Judge

Dated: September 4, 2025