UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DEAN BROWN,

      Plaintiff,                      Case No. 1:25-cv-12575
                                      Hon. Thomas L. Ludington

v.

CENTRAL MICHIGAN UNIVERSITY,
AARON HILT, in his personal and official capacity as
Assistant Coach of Central Michigan University Baseball,
JACOB SABOL in his official capacity as Head Coach
of Central Michigan University Baseball,
AMY FOLAN, in her official capacity as Athletic
Director for Central Michigan University,

      Defendants.

_____

## **APPEARANCE**

TO:      Clerk of the Court

PLEASE ENTER the appearance of Michael D. Weaver from the office of Flood Law, PLLC in the above-captioned matter on behalf of Plaintiff, DEAN BROWN.

                                              FLOOD LAW
                                              BY: /s/Michael D. Weaver
                                              MICHAEL D. WEAVER (P43985)

|  |  |
|---|---|
|  | Attorney for Plaintiff |
|  | Flood Law, PLLC |
|  | 155 West Congress Street, Suite 350 |
|  | Detroit, MI 48226 |
|  | (313)546-0359 |
| Date: September 26, 2025 | mweaver@floodlaw.com |

## PROOF OF SERVICE

       I hereby certify that on September 26, 2025, a copy of Appearance of Counsel was electronically filed and the attorney(ies) of record received notice via the court's ECF system.

       BY:  /s/Michael D. Weaver
              MICHAEL D. WEAVER (P43985)
              Attorney for Plaintiff
              Flood Law, PLLC
              155 West Congress Street, Suite 350
              Detroit, MI 48226
              (313)546-0359
              mweaver@floodlaw.com