UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DEAN BROWN,

    Plaintiff,   Case No. 1:25-cv-12575

v.   Honorable Thomas L. Ludington
    United States District Judge
AARON HILT,

    Defendant.
_____/

**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE MEDIA FILES**

The matter is before the Court on the Defendant's Motion for Leave to File Media Files, ECF No. 25. Having considered the Motion, and this Court being otherwise fully advised in the premises:

It is **ORDERED** that the Defendant's Motion for Leave to File Media Files via the Court's Media File Upload Portal, ECF No. 25, is **GRANTED.**

Further, it is **ORDERED** that the Defendant is **DIRECTED** to follow the following instructions when uploading its media file:

1. The Defendants must indicate a timestamp citation for each instance where the exhibit is referenced in the paper pursuant to R6.

2. All audible portions of the media file shall be transcribed and submitted in written form as an exhibit e-filed in the usual manner.

3. All media files must be in one of the following formats: avi, mov, mp3, mp4, mpeg, wav, wmv.

4. Because of storage limitations, the party is directed to limit the size of the media file to the minimum necessary to support its position and not file any media files duplicative of those already filed. Instead, the party is instructed to include a timestamp citation and reference to the previously uploaded exhibit.

5. The Court will not accept any media file that has proprietary security features or codecs requiring additional files, software, applications or plug-ins to successfully view the file. Any files received that cannot be viewed by the Court will need to be reformatted and resubmitted.

6. The Defendants shall serve copies of the media files on opposing counsel in accordance with applicable federal and local rules.

**This is not a final order and does not close this case.**

Dated: November 24, 2025                    s/Thomas L. Ludington
                                            THOMAS L. LUDINGTON
                                            United States District Judge