# *EXHIBIT B*

From: Cheatham, Tangela Denise <cheat2td@cmich.edu>
Sent: Wednesday, March 19, 2025 5:01 PM
To: Folan, Amy Gina <folan1ag@cmich.edu>; Nolasco, Brian <nolas1b@cmich.edu>; Lowe, Zachary Joseph <lowe1zj@cmich.edu>; Murphy, Kelly Jean <murph5kj@cmich.edu>; Rinke, Daniel Paul <rinke1dp@cmich.edu>
Subject: Fw: [External] SA well-being awareness report - Central Michigan University - Baseball

Including FPS on this note.

Tangela

> Tangela Cheatham
> *Deputy Athletic Director/ Administration and SWA*
> *Office of the Zyzelewski Family Athletic Director*
> Intercollegiate Athletics | Central Michigan University
> Rose Center 100 | Mount Pleasant, MI 48859
> P: 989-774-3473  | C: 989-264-4493
> E: tangela.cheatham@cmich.edu

This message was sent from my phone so please excuse any typos. Thank you.


Get Outlook for iOS

---

From: Albertson, Courtney <calbertson@ncaa.org>
Sent: Wednesday, March 19, 2025 4:57 PM
To: CMU Athletic Director <athleticdirector@cmich.edu>
Cc: Nolasco, Brian <nolas1b@cmich.edu>; Lowe, Zachary Joseph <lowe1zj@cmich.edu>; Murphy, Kelly Jean <murph5kj@cmich.edu>
Subject: [External] SA well-being awareness report - Central Michigan University - Baseball

To the attention of Amy Folan, Director of Athletics:

I hope you are well. This communication comes from customer service at the NCAA national office. A student-athlete well-being awareness report is typically communicated to the NCAA member institution when any physical or mental well-being concerns have been alleged. The NCAA national office was contacted by an anonymous source who wanted to report concerns regarding the sport of Baseball and Central Michigan University. While it's possible that your institution may already have previous awareness to these concerns, we ask that you please review this entire email for your complete awareness.

5

CMU 0015

Note, the NCAA has made no determination to the accuracy/supportability of these allegations. There is no NCAA required reply to this awareness report. We do ask that you review this information in a manner consistent with your institutional policies and procedures relating to student safety, well-being and conduct. If any NCAA violations are determined throughout your review, please follow necessary NCAA guidelines for reporting. If any criminal activity is determined throughout your review, please report to all appropriate local authorities.

Summary of Concerns:

- The source stated on 3/1/2025 Assistant Coach Aaron Hilt punched student-athlete Dean Brown in the chest during a pregame warmup.
- The source stated as the two teams were preparing to take the field, Dean Brown was punched and a handful of student-athletes on the team witnessed it and that Dean Brown suffered visible abrasions.
- The source stated Dean Brown reported the incident to Head Coach Jake Sabol.
- The source stated there has been no repercussions.

Also copied on this awareness report is the Senior Compliance Administrator and Faculty Athletics Representative. Thank you for your attention to this well-being awareness report.

Sincerely,
Courtney Albertson



*Courtney Albertson*
Associate Director of Customer Service
NCAA Eligibility Center

w 317-917-6863   c 317-614-5605
P.O. Box 6222 | Indianapolis, IN 46206-6222
ncaa.org | eligibilitycenter.org

This email and any attachments may contain NCAA confidential and privileged information. If you are not the intended recipient, please notify the sender immediately by return email, delete this message and destroy any copies. Any dissemination or use of this information by a person other than the intended recipient is unauthorized and may be illegal.