UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Dean Brown,

                    Plaintiff(s),

v.                                                      Case No. 1:25–cv–12575–DML–PTM
                                                        Hon. David M. Lawson

Central Michigan University, et
al.,

                    Defendant(s),
_____


## NOTICE OF MOTION HEARING

   You are hereby notified to appear before District Judge David M. Lawson at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 767.  The following motion(s) are scheduled for hearing:

          Motion – #21
          Motion for Sanctions – #27
          Motion to Quash – #29

   • MOTION HEARING:  May 28, 2026 at 10:00 AM


## Certificate of Service

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                              By: s/S. Pinkowski_____
                                   Case Manager


Dated:   March 19, 2026