UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DEAN BROWN,

                Plaintiff,                              Case Number 25-12575

v.                                                Honorable David M. Lawson

AARON HILT,

                Defendant.

_____/

## ORDER DIRECTING DEFENDANT TO ANSWER COMPLAINT

On October 20, 2025, the plaintiff filed a first amended complaint alleging that the defendant violated his Fourteenth Amendment right to bodily integrity and state law by punching him in the chest. The defendant filed a motion to dismiss under Federal Rule of Civil Procedure 12(b)(6). Federal Rule of Civil Procedure 12(a)(4) authorizes the Court to set a time for serving an answer when a motion has been served under Rule 12. *Hill v. Blue Cross and Blue Shield of Michigan*, 237 F.R.D. 613, 617 (E.D. Mich. 2006) ("[T]his Court recognizes that Rule 12(a)(4) also provides that a court may order an answer to be filed at a time *other than* after the motion to dismiss has been denied or the court has postponed consideration of the motion.") (citing Fed. R. Civ. P. 12(a)(4)). The Court believes that having the defendant's answer filed before the motion to dismiss is decided will advance the progress of the litigation.

Accordingly, it is **ORDERED** that the defendant must file his answer to the complaint **on or before April 15, 2026**.

                                                s/David M. Lawson
                                                DAVID M. LAWSON
                                              United States District Judge

Dated:  March 24, 2026