UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DEAN BROWN,

                Plaintiff,                                 Case Number 25-12575
                                                          Honorable David M. Lawson

v.

AARON HILT,

                Defendant.

_____/

## JUDGMENT

In accordance with the opinion and order granting the motion to dismiss the amended complaint entered on this date, it is **ORDERED AND ADJUDGED** that Count I of the amended complaint, pleading a claim under 42 U.S.C. § 1983, is **DISMISSED WITH PREJUDICE**.

It is further **ORDERED AND ADJUDGED** that all other counts of the amended complaint are **DISMISSED WITHOUT PREJUDICE**.

                                                s/David M. Lawson
                                                DAVID M. LAWSON
                                                United States District Judge

Dated:   July 14, 2026